**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    13-28373 |
| Jesus V Fajardo aka Jesus Fajardo-Vazquez | Judge    A. Benjamin Goldgar |
| Debtor | |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 30, 2018, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on August 30, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2534

**SERVICE LIST**

Jesus V Fajardo
913 S. Victory St
Waukegan, IL 60085

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Harold M Saalfeld
Harold M Saalfeld, Attorney at Law
25 N County Street Suite 2R
Waukegan, IL 60085